IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMAL BAYTON, | : | Civil Action No. 3:12-CV-2156 |
| Plaintiff, | : | (Judge Brann) |
| v. | : | |
| MONROE COUNTY PRISON, PRIMECARE MEDICAL and NURSE CHET HUNTLEY, | : | |
| | : | (Magistrate Judge Blewitt) |
| Defendants. | : | |

**ORDER**

June 11, 2013

The undersigned has given full and independent consideration to the thorough May 15, 2013 report and recommendation of Magistrate Thomas M. Blewitt. No objections have been filed.

Because this court agrees with Judge Blewitt's thorough analysis the court will not rehash the sound reasoning of the magistrate judge and will adopt the report and recommendation in its entirety.

1

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT:**

1. United States Magistrate Judge Thomas M. Blewitt's Report and Recommendation is ADOPTED in full. ECF No. 29

2. Defendants' Motions to Dismiss are GRANTED. ECF Nos. 16 and 24.

3. The action is dismissed with prejudice.

4. The clerk is directed to close the case file.

BY THE COURT:

s/ Matthew W. Brann
Matthew W. Brann
United States District Judge